Form 26

FORM 26. Docketing Statement

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

No. 14-5094, 5095, 5096

Allen Engineering Contractor, Inc.

v.

United States

# DOCKETING STATEMENT

This Docketing Statement must be completed by all counsel and filed with the court within 14 days of the date of docketing. When the United States or its officer or agency is a party, this Docketing Statement must be completed by all counsel and filed with the court within 30 days of docketing. All questions must be answered or the statement will be rejected.

Name of the party you represent  Allen Engineering Contractor, Inc.

Party is (select one)  ☑ Appellant/Petitioner   ☐ Cross-Appellant
                       ☐ Appellee/Respondent    ☐ Intervenor

Tribunal appealed from and Case No.  United States Court of Federal Claims 1:13-cv-00684

Date of Judgment/Order  May 9, 2014        Type of Case  Contracts Dispute Act

Relief sought on appeal  We request the trial court's dismissal of the Complaint be overturned

Relief awarded below (if damages, specify) _____

Briefly describe the judgment/order appealed from
The trial court granted the Government's motion to dismiss the Plaintiff's Complaint.

153

Form 26

**FORM 26. Docketing Statement (continued)**

Nature of judgment (select one)

☑ Final Judgment, 28 USC 1295

☐ Rule 54(b)

☐ Interlocutory Order (specify type) _____

☐ Other (explain; see Fed. Cir. R. 28(a)(5)) _____

Name and docket number of any related cases pending before this court plus the name of the writing judge if an opinion was issued
All related cases have been consolidated.
Allen Engineering Contractor, Inc., v. United States, No: 14-5094, 14-5095, 14-5096

Brief statement of the issues to be raised on appeal
Whether the Court properly dismissed Allen Engineering's Complaint for failure to state a Claim upon which relief can be granted

Have there been discussions with other parties relating to settlement of this case?

☐ Yes    ☑ No

If "yes," when were the last such discussions?

☐ Before the case was filed below?

☐ During the pendency of the case below?

☐ Following the judgment/order appealed from?

If "yes," were the settlement discussions mediated?    ☐ Yes    ☐ No

If they were mediated, by whom? _____

**FORM 26. Docketing Statement (continued)**

Do you believe that this case may be amenable to mediation?   ☐ Yes   ☑ No

If you answered no, explain why not
Defendant believes the issues raised in Plaintiff's Amended Complaint are without merit.

Provide any other information relevant to the inclusion of this case in the court's mediation program.

I certify that I filed an original and one copy of this Docketing Statement with the Clerk of the United States Court of Appeals for the Federal Circuit and served a copy on counsel of record, this 8th day of July, 2014

by: Email

(manner of service)

Chelsey Del Testa
Name of Counsel

*[Signature]*
Signature of Counsel

Law Firm: Bruckner Law Firm

Address: 4550 Kearny Villa Road Suite 209

City, State, ZIP: San Diego, CA 92123

Telephone Number: 858-565-8300

FAX Number: 858-565-0813

E-mail Address: chelsey@brucknerlawfirm.com