# United States Court of Appeals for the Federal Circuit

**ALLEN ENGINEERING CONTRACTOR INC.,**

*Plaintiff-Appellant,*

v.

**UNITED STATES,**

*Defendant-Appellee.*

2014-5094, -5095, -5096

Appeal from the United States Court of Federal Claims Nos. 1:13-cv-00684-JFM, 1:13-cv-00695-JFM, and 1:13-cv-00720-JFM

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF**

Chelsey N. Del Testa
Bruckner Law Firm
4550 Kearny Villa Road, Suite 209
San Diego, CA 92123
Telephone: (858) 565-8300

Eric E. Laufgraben
United States Department of Justice
Commercial Litigation Branch
PO Box 480
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 353-7995

### PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF

Pursuant to Federal Rule of Appellate Procedure 26(b) and Federal Circuit Rule 26(b), Plaintiff respectfully moves this Court for an order extending the time in which to file the Opening Brief currently calendared as due on July 28, 2014. Plaintiff requests a fourteen (14) day extension with a revised due date of August 11, 2014. This is Plaintiff's first request for an extension of time.

This motion is unopposed by Defendant. On July 7, 2014, Counsel for Defendant, Eric E. Laufgraben consented via e-mail to the filing of this motion.

Plaintiff therefore respectfully requests that this Court enter an order extending the due date for filing the Opening Brief to August 11, 2014.

Dated: July 8, 2014

Respectfully submitted,

/s/ Chelsey N. Del Testa

Chelsey N. Del Testa
BRUCKNER LAW FIRM
Attorneys for Plaintiff

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT
# CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 8th day of July, 2014, a copy of the foregoing was filed electronically:

**Motion for Extension of Time to File Opening Brief**

This filing was served electronically to all parties by operation of the Court's electronic filing system.

/s/   Chelsey N. Del Testa